IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JOSEPH E. BENNETT,**

    Petitioner,

vs.                                                                 **Civil Action 2:07-CV-293**
                                                                        **Judge Marbley**
                                                                        **Magistrate Judge King**

**CLIFFORD SMITH, Warden,**

    Respondent.

<u>**ORDER**</u>

        On May 13, 2008, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the action be dismissed.  The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

        The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.**  This action is hereby **DISMISSED.**

        **The Clerk shall enter FINAL JUDGMENT in this action.**


                                                    <u>*s/Algenon L. Marbley*</u>
                                                          Algenon L. Marbley
                                           United States District Judge